# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

146443

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SC: 146443
COA: 310689
Ingham CC: 02-000493-FC

SEAN ADAM ROGERS,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 8, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

h0422